## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:26-cv-01344-DMG-DTB**                    Date: **April 30, 2026**

Title:  **Jiang Nan v. Kristi Noem, et al**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:              ATTORNEYS PRESENT FOR RESPONDENT:
　　　None present                                                        None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING LODGING OF DOCUMENTS**

On March 21, 2026, petitioner Jiang Nan ("Petitioner"), through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Docket No. 1). Petitioner also filed an Ex Parte Application for Temporary Restraining Order ("TRO Application"). (Docket No. 3).

On March 23, 2026, the District Judge issued an Order converting the TRO Application to a Motion for Preliminary Injunction ("March 23, 2026 Order"). (Docket No. 6). On March 31, 2026, the District Judge summarily granted the Motion for Preliminary Injunction as unopposed. (Docket No. 10). Respondents were ordered to provide Petitioner with a bond hearing pursuant to 8 U.S.C. section 1226(a) within seven days of the March 23, 2026 Order or release him. Within 10 days of the March 23, 2026 Order, the parties were to file a joint status report regarding compliance with the March 23, 2026 Order and whether the habeas petition was moot.

The parties failed to file a joint status report and on April 16, 2026, the Court issued an Order Requiring Joint Status Report. (Docket No. 11). On April 25, 2026, Respondents filed a Status Report (Docket No. 12), wherein they informed the Court that Petitioner's bond hearing was April 21, 2026 and following that hearing, the Immigration Judge found that the Department of Homeland Security had established by clear and convincing evidence that Petitioner was a flight risk. As such, Respondents contend that this action is now moot.

MINUTES FORM 11                                                        Initials of Deputy Clerk  RAM
CIVIL-GEN

Prior to ruling on the mootness issue, Respondents are hereby ORDERED to lodge with the Court within 7 days of the date of this Order, the transcript from the April 21, 2026 bond hearing as well as all exhibits submitted to the Immigration Judge in support of the bond hearing.

**IT IS SO ORDERED**.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk  RAM